UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIAN O. BROOKS,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No. 1:22-cv-01456-ADA-SAB<br><br>ORDER RE STIPULATION FOR VOLUNTARY REMAND PURSUANT TO 42 U.S.C. § 405(g)<br><br>(ECF No. 17) |

Plaintiff Kristian O. Brooks seeks judicial review of a final decision of the Commissioner of Social Security denying an application for disability benefits pursuant to the Social Security Act. (ECF No. 1.) On May 2, 2023, the parties filed a stipulation agreeing to a voluntary remand of this matter pursuant to 42 U.S.C. § 405(g) for further administrative proceedings. (ECF No. 17.) Pursuant to the stipulation, the Commissioner will instruct the ALJ to offer a new hearing, develop the record as necessary, consider all pertinent issues *de novo*, and issue a new decision. (*Id*.) The parties request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner. (*Id*.) The Court finds good cause exists to grant the parties' stipulated request.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation for remand;

2. Judgment is entered in favor of Plaintiff Kristian O. Brooks and against Defendant Commissioner of Social Security; and

3. The Clerk of the Court is directed to close this action.

IT IS SO ORDERED.

Dated: May 6, 2023

UNITED STATES DISTRICT JUDGE